PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tirom Marselle Toler**  Docket No. 5:21-CR-92-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tirom Marselle Toler, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 8th day of April, 2021.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is currently awaiting to appear for arraignment while residing with his third-party custodian at 102 Killdeer Drive in Goldsboro, North Carolina. Toler remains in full compliance with the conditions of release. On August 6, 2021, an Order was issued by Your Honor to remove the defendant's curfew condition as requested by the defendant to assist Toler with employment opportunities. The location monitoring technology with Radio Frequency remains active; however, the same can now be removed.

### PRAYING THAT THE COURT WILL ORDER

It is respectfully recommended that the location monitoring technology with Radio Frequency be removed in that Toler's curfew is no longer active. All other previous conditions of release will remain in place. The government and counsel for the defendant have been contacted and do not object to the above-noted modification.

Reviewed and approved,                                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith                                      /s/ Michael W. Dilda
Dewayne L. Smith                                          Michael W. Dilda
Supervising U.S. Probation Officer                        U.S. Probation Officer
                                                          150 Reade Circle
                                                          Greenville, NC 27858-1137
                                                          Phone: 252-830-2342
                                                          Executed On: August 10, 2021

### ORDER OF THE COURT

Considered and ordered the 10th day of August, 2021, and ordered filed and made part of the records in the above case.

/s/ Richard E. Myers II
Richard E. Myers II
Chief U.S. District Judge